FILED
JUL 21 2020
PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| BRETT ABRAMS, | MOTION FOR A |
| Plaintiff | FINDING OF CONTEMPT |
| | AND TO |
| v. | ENFORCE HAYDEN v. BUTLER |
| WILLIS J. FOWLER | |
| Defendant | |

### Pro Se

This plaintiff moves pursuant to Rule 70 (e), Fed. R. Civ. P., for a finding of contempt against the defendant for noncompliance to the Hayden v. Butler order and an order to enforce the defendant to conduct the new parole procedures for juvenile offenders in its full meaning and intent to provide plaintiff with a meaningful opportunity to obtain release based on demonstrated maturity and rehabilitation.