

**State of North Carolina**
Post Release Supervision and Parole Commission
2020 Yonkers Road,
4222 MSC
Raleigh, NC 27699-4222
Telephone (919) 716-3010
Fax (919) 324-6254

ROY COOPER
GOVERNOR

WILLIS J. FOWLER
CHAIRMAN

COMMISSIONERS
GRAHAM H. ATKINSON
ERIC A. MONTGOMERY
ANGELA BRYANT

D-1

June 17, 2020

Brett A. Abrams 0000400
Orange CC - 4240

Dear Mr. Abrams:

    The Post-Release Supervision and Parole Commission has reviewed and evaluated all available information surrounding your case and concluded that parole should not be granted at this time. This decision was reached because of the following reasons:

Your release at this time would unduly depreciate the seriousness of the crime or promote disrespect for the law.

Your continued correctional programming in the institution will substantially enhance your capacity to lead a law-abiding life if released on a later date.

There is a substantial risk that you would engage in further criminal conduct.

    You are commended for your progress in the counseling sessions with Dr. Conley that you completed since your last parole review. From what you said during your recent video-conference, it appears you understand the value of those counseling sessions. I hope that you are able to apply what you learned to your everyday life. That should serve you well. The Commission would like for you to continue participating in correctional programming or counseling. This recommended programming can include any cognitive behavior treatment/programming as well as programming related to the counseling sessions that you participated in. It can be programming/counseling related to interpersonal relationships and

D-1

self-esteem. Please speak with your unit case manager about the availability of such programs in your area. You may also want to speak with the psychologist serving your unit about this programming. The Commission would also like for you to continue with work release and community volunteer passes when the prison system is able to allow this again. You seem to have developed some good relationships with positive individuals who are willing to assist you in a future transition into the community.

Your case is scheduled to be reviewed for parole purposes again on or about May 21, 2022.

Sincerely,

Joy Smith
Senior Parole Case Analyst

cc: Warden
Orange CC - 4240



D-2

**State of North Carolina**
**Post Release Supervision and Parole Commission**
2020 Yonkers Road,
4222 MSC
Raleigh, NC 27699-4222
Telephone (919) 716-3010
Fax (919) 324-6254

ROY COOPER
GOVERNOR

WILLIS J. FOWLER
CHAIRMAN

COMMISSIONERS
GRAHAM H. ATKINSON
ERIC A. MONTGOMERY
ANGELA BRYANT

April 25, 2019

Brett A. Abrams 0000400
Orange CC - 4240

Dear Mr. Abrams:

    The Post-Release Supervision and Parole Commission has reviewed and evaluated all available information surrounding your case and concluded that parole should not be granted at this time. This decision was reached because of the following reasons:

Your release at this time would unduly depreciate the seriousness of the crime or promote disrespect for the law.

Your continued correctional programming in the institution will substantially enhance your capacity to lead a law-abiding life if released at a later date.

There is a substantial risk that you would engage in further criminal conduct.

    In order to receive a more favorable decision at a future parole review, there are several things you should work on. The Commission would like for you to attend psychological counseling and treatment to help with the understanding and regulation of your emotional life and the connection to your past criminal or inappropriate behavior, or any other experiences of intense feelings or emotions. The Commission would also like for you to complete any correctional programming that will increase your-self-awareness (i.e. realistic examination of your own motivations, internal conflicts, difficulties, and options). Basically, the Commission wants you to have more programming to increase your self-awareness and learn how to handle

deep emotions that played a role in the commission of your crime. The Commission would like for you to continue with work release and community volunteer passes. You should continue with any additional correctional programming to enhance your ability to lead a law-abiding life if released at a later date. You should discuss with authorities at your unit who the psychological program manager is who handles program/counseling assignments for your unit.

Your case is scheduled to be reviewed for parole purposes again on or about May 21, 2020

Sincerely,

*Joy Smith*

Joy Smith
Senior Parole Case Analyst

cc: Unit Superintendent
    Orange CC - 4240

D-2

**Offender Name:** ABRAMS, BRETT A        **OPUS #:** 0000400

The following information is to help you to understand the areas of your life that your case manager will be discussing with you during your incarceration. You can use this information as a guide to help yourself be successful while serving your sentence in prison.

**Assigned Service Priority Level: L5    as of: 03/07/2017**

**Risk Level: Minimal** - You scored in the Minimal risk of re-arrest range.

**Needs Level: Low**
There are certain characteristics in a person's life that tend to lead them to commit crime. Based on your responses to the assessment questions and your Case Manager's observations, the following areas of need appear to be influencing your behavior. The characteristics below are related to the likelihood a person will continue to commit crime.
- You tend to make quick decisions instead of thinking things through. This sometimes gets you into trouble. It appears you have problems controlling your behavior and tend to not think before acting which is increasing your risk of committing new crime.

**List your Strengths:** (positive things, people, or activities in your life. What is going well in your life? What motivates you?)



**List your Triggers:** (people, places, or events that lead you back to crime or lead to destructive decision making)



**Date**

**Offender**   ABRAMS, BRETT A        Signature:

**Case Manager**   KING, L.        Signature:


Distribution:
Original - Field/Unit Jacket
Copy - Inmate