D-4

July, 15, 2020

New Life Independent Baptist Church

6413 Burlington Road

Hurdle Mills, NC 27541

To Whom It May Concern:

My name is Pastor Mike Whitt and I am the pastor at New Life Baptist Church in Hurdle Mills NC. I have been a sponsor for the NC prison systems for over 20 years. In the last 10 years I have been sponsoring Brett Abrams Inmate #0000400 and I am writing this letter on his behalf. I know that Brett was recently turned down again for parole. I dont know for what reasons but I have personally been with Brett for all these years at our church and have personally transported him back and forth from the camp. Brett has been a very outstanding person with me and our church congregation. He has never given us any problems and has always been polite and corteous to all our people. He has helped many times on our work days and fund raiser days to help promote unity and a loving hand to our community. I once again as I have for years now support Brett in his endeavors to be released from prison and to be an asset to society and to his mom thats been there for him all the way. Thru the years I have not always been on board with every inmate that i have sponsored only those that have shown growth and responsibility. And Brett has been one of those thats been ideal in his walk with responsibility. I personally believe that He deserves the opportunity to be released from prison and prove to whomever that he is not the boy that he was many years ago when his crime was commited but that He is a very respectful and responsible man now. I pray that you would consider his youth and lack of knowledge and responsibility at age 14 against a 50 year old man with 37 years of incarceration and rehab. I BELIEVE THAT HE IS READY FOR SOCIETY. Any questions call me at 336 503 2818

Pastor Mike Whitt

1