IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-ct-03231-M

| | |
|---|---|
| **BRETT ABRAMS,**<br>**Plaintiff,**<br><br>v.<br><br>**WILLIS FOWLER,**<br>**Defendant.** | **NCPLS NOTICE OF REPRESENTATION** |

In response to the court's order and pursuant to Standing Order 21-SO-1 l, North Carolina Prisoner Legal Services, Inc., ("NCPLS") hereby informs the court that it is able to accept appointment in the above-captioned case.

Respectfully submitted this 13th day of January, 2022.

/s/ Elizabeth Hopkins Thomas
Elizabeth Hopkins Thomas
N.C. Bar No. 44470
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
bthomas@ncpls.org

Executive Director, NCPLS

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties. I also hereby certify that on January 13, 2022, I mailed a copy of the foregoing to following individual:

> **Mr. Brett Abrams, OPUS #0000400**
> Orange Correctional Center
> P.O. Box 1149
> Hillsborough, NC 27278

/s/ Elizabeth Hopkins Thomas
Elizabeth Hopkins Thomas