
FILED
FEB 17 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CT-3231-M

| | |
|---|---|
| BRETT ABRAMS, | ) |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S RESPONSE TO NOTICE** |
| WILLIS FOWLER, | ) |
| Defendant. | ) |

I have read the "Notice to Plaintiff" informing me of NCPLS's availability to assist me with conducting discovery if ordered to do so by the court at the appropriate time. I understand that if I accept NCPLS's assistance, upon entry of the initial scheduling order governing discovery, NCPLS will serve discovery requests on defendant(s) on my behalf, collect the discovery responses, provide me with a set of materials and legal advice pertaining to my case, and report to the court whether it is willing to represent me in this action beyond the discovery period. I further understand that there is no general right to court-appointed counsel in civil cases, and it is highly unlikely that the court will appoint other counsel for me.

Accordingly, I hereby

✓ ACCEPT the assistance of NCPLS during the discovery period and agree to allow NCPLS to conduct discovery on my behalf **if ordered to do so by the court**.

___ REJECT the assistance of NCPLS, including any legal representation in my case.

2/15/22
Date

Brett Abrams
Plaintiff's Signature

Brett Abrams
Plaintiff's Printed Name