**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:20-ct-03231-M**

| | |
|---|---|
| **BRETT ABRAMS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**WILLIS FOWLER,**<br>**Defendants.** | **NOTICE OF APPEARANCE**<br>**FOR THE LIMITED**<br>**PURPOSE OF CONDUCTING**<br>**DISCOVERY** |

On July 15, 2022, the Court appointed North Carolina Prisoner Legal Services, Inc., ("NCPLS") "to conduct discovery on plaintiff's behalf." Dkt. 22. NOW COMES Daixi Xu, Staff Attorney with NCPLS, who hereby enters a Notice of Appearance for the limited purpose of assisting Plaintiff in the above-captioned case with conducting discovery.

Respectfully submitted this 19th day of July, 2022.

/s/ Daixi Xu
Daixi Xu
N.C. Bar No. 58845
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
dxu@ncpls.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I also hereby certify that on July 19, 2022, I mailed a copy of the foregoing to following individual:

**Brett Abrams, OPUS #0000400**
**Orange Correctional Center**
**P.O. Box 1149**
**Hillsborough, NC 27278**

/s/ Daixi Xu
Daixi Xu