THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE No. 5:20-CT-03231-M

| | |
|---|---|
| BRETT ABRAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | Fed. R. Civ. P. 6(b) |
| ) | |
| WILLIS J. FOWLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the Consent Motion of Special Deputy Attorney General Sonya Calloway-Durham, for a ninety (90) day extension of time for the parties to complete discovery and file dispositive motions; and,

It appearing that good cause exists to grant the Parties a ninety (90) day extension of time,

IT IS HEREBY ORDERED that the Parties shall have up to and including Monday, February 13, 2023 for completion of all discovery, and March 14, 2023 to file dispositive motions.

Dated this the ____ day of _____, 2022.

_____
United States District Court Judge / Magistrate / Clerk