IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CT-3231-M

| | | |
|---|---|---|
| BRETT ABRAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIS J. FOWLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's motion for an extension of case deadlines. [DE-23]. The response date for Plaintiff's discovery requests is currently November 18, 2022, the deadline to complete all discovery is currently December 19, 2022, and motions are due by January 19, 2023. [DE-22]. Defendant requests a sixty-day extension of the case deadlines.

Defendant asserts that Plaintiff served discovery on September 9, 2022, and defense counsel promptly began efforts to respond. However, the one computer in the Public Safety Section of the North Carolina Department of Justice with a license for Adobe Pro and ShareFile necessary to handle the volume of discovery files crashed and should be replaced by November 18, 2022, and Defense counsel's own computer likewise crashed and is unable to be repaired, which has hindered and delayed Defendant's ability to respond to discovery requests.

Accordingly, the court finds good cause for extension of the case deadlines and Defendant shall respond to Plaintiff's discovery requests by no later than **Tuesday, January 17, 2023**, the deadline to complete discovery is extended to **Thursday, February 16, 2023**, and all motions, except those relating to the admissibility of evidence at trial, shall be filed no later than **Wednesday, March 8, 2023**. The parties should not expect further extensions absent a "strong

showing of diligence and good cause," which requires a particularized demonstration that the moving party was diligent and that the deadlines could not be reasonably met despite the party's diligence. *See Cook v. Howard*, 484 F. App' x 805, 815 (4th Cir. 2012).

SO ORDERED, this the 17 day of November, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge