UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-ct-03231-M

| | |
|---|---|
| **BRETT ABRAMS,**<br><br>                        **Plaintiff,**<br><br>v.<br><br>**WILLIS FOWLER.**<br><br>                        **Defendants.** | **[PROPOSED] ORDER** |

THIS MATTER came before this Court on Plaintiff's Motion to Extend Scheduling Order Deadlines for 45-days. Defendant consents to this motion. The Court finds the Plaintiff has demonstrated diligence and that the deadlines could not be reasonably met despite his diligence. With this strong showing of diligence and good cause, the Court GRANTS Plaintiff's motion.

THE COURT HEREBY ORDERS that the deadlines in the Scheduling Order are extended for 45-days**.** Discovery shall be commenced or served in time to be completed by **April 2, 2023**. All motions, including dispositive ones, shall be filed by **April 24, 2023**. North Carolina Prisoner Legal Services, Inc. shall file the Response to Discovery Order, pursuant to Standing Order 21-SO-11 ¶ 9, upon conclusion of the discovery period.

        DATED this \_\_\_\_ day of _____, 2023.

                                                                      _____
                                                                      Chief Judge Richard E. Myers, II
                                                                      United States District Judge