IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CT-3231-M

| | | |
|---|---|---|
| BRETT ABRAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIS J. FOWLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Plaintiff's consent motion for an extension of case deadlines. [DE-25]. For good cause for shown, the motion is allowed. The deadline to complete discovery and for NCPLS to file the response pursuant to Standing Order 21-SO-11 is extended to **Monday, April 3, 2023**, and all motions, except those relating to the admissibility of evidence at trial, shall be filed no later than **Monday, April 24, 2023**.

SO ORDERED, this the **13** day of February, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge