EXHIBIT 3 - 9/30/2022 EMAIL

**From:** Calloway-Durham, Sonya
**Sent:** Friday, September 30, 2022 1:05 PM
**To:** Lindsay Bass <lbass@ncpls.org>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>
**Subject:** Voice mail

Hi,

I just received your msg. My phone sends all unknown calls to voice mail. I apologize that I did not know you called.

I'd prefer to speak to you by phone. I am assuming you are not in the office and are calling from home or your mobile. Pls feel free to call me when you are back in the ofc so my phone will recognize the call.

Next week is fine. Please have a safe weekend. Thanks!