EXHIBIT 4 - 11/15/2022 EMAILS

**From:** Lindsay Bass <lbass@ncpls.org>
**Sent:** Tuesday, November 15, 2022 4:05 PM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Subject:** RE: Murphy

I had to leave a voicemail.  Just let me know a good time to call

**From:** Lindsay Bass <lbass@ncpls.org>
**Sent:** Tuesday, November 15, 2022 3:58 PM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Subject:** RE: Murphy

hi, yes, I'll be calling from a blocked number in one minute

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Tuesday, November 15, 2022 1:46 PM
**To:** Lindsay Bass <lbass@ncpls.org>
**Subject:** RE: Murphy

Hey,

Can you give me a call?