EXHIBIT 5 - 11/15 - 11/16/2022 EMAILS

**From:** Lindsay Bass <lbass@ncpls.org>
**Sent:** Wednesday, November 16, 2022 4:39 PM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Subject:** RE: Brett Abrams - URGENT

Hey Sonya, I'm having trouble reaching you today. Will you let me know when we can talk?

**From:** Lindsay Bass
**Sent:** Wednesday, November 16, 2022 10:41 AM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>; Daixi Xu <DAIXIX@ncpls.org>
**Cc:** Trachtman, James <jtrachtman@ncdoj.gov>; Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Sonya Calloway <scallowy@gmail.com>
**Subject:** RE: Brett Abrams - URGENT

Good morning, Sonya, I'm at my office and I just called again, but I had to leave you a voicemail. I'm sorry we're still playing phone tag. I'll try to Carci now.

**From:** Lindsay Bass
**Sent:** Tuesday, November 15, 2022 4:03 PM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>; Daixi Xu <DAIXIX@ncpls.org>
**Cc:** Trachtman, James <jtrachtman@ncdoj.gov>; Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Sonya Calloway <scallowy@gmail.com>
**Subject:** RE: Brett Abrams - URGENT

Calling you now

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Tuesday, November 15, 2022 2:00 PM
**To:** Daixi Xu <DAIXIX@ncpls.org>; Lindsay Bass <lbass@ncpls.org>
**Cc:** Trachtman, James <jtrachtman@ncdoj.gov>; Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Sonya Calloway <scallowy@gmail.com>
**Subject:** RE: Brett Abrams - URGENT

Ms. Bass,

Please see the below e-mail to Attorney Xu, I received an out of the office message and want to make sure that someone can respond.

Thank you very much!

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Tuesday, November 15, 2022 1:58 PM
**To:** dxu@ncpls.org
**Cc:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>; Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>
**Subject:** Brett Abrams - URGENT

Dear Daixi,

This is Lauren (Carci) on Sonya Calloway-Durham's computer. Sonya and I were working on the Abrams discovery responses and my computer died. I immediately notified IT, and they are sending Lenovo out allegedly this week, but I'm not sure when they will be here. This is going to be a huge problem for me and our Section, as I am the only employee in the Criminal Division with access to ShareFile and Adobe Pro due to licensing and permission. I sincerely apologize for any delay finalizing the discovery responses but Sonya and I have to work together as a team to finalize the responses and we would greatly appreciate your understanding and work with us to extend the deadline to finalize the responses.

As soon as Lenovo has come out, I will send you an update so you are aware of where we are. I am also copying Sonya and Jamie so they are both available to respond to any questions.

Lauren S. Carcioppolo
lcarcioppolo@ncdoj.gov
(919) 716-6526
(919) 791-9811



**Sonya Calloway-Durham**
Special Deputy Attorney General
N. C. Department of Justice
P. O. Box 629, Raleigh, NC 27602
Phone: (919)716-6576
scalloway@ncdoj.gov
www.ncdoj.gov

Please note messages to or from this address may be public records.