EXHIBIT 6 - 1/17/2023 EMAILS

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Tuesday, January 17, 2023 4:33 PM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>; Ben Finholt, J.D. <benjamin.finholt@duke.edu>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** RE: Abrams

Hi Sonya,

That's fine, thanks for the update!

Daixi

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Tuesday, January 17, 2023 4:07 PM
**To:** Daixi Xu <DAIXIX@ncpls.org>; Ben Finholt, J.D. <benjamin.finholt@duke.edu>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** Abrams
**Importance:** High

Hello,

Just wanted to give you the heads up. I will not be able to send the discovery until about 10 tomorrow morning. It should arrive by ShareFile.

Thank you in advance for your patience.



Sonya Calloway-Durham
Special Deputy Attorney General
N. C. Department of Justice
P. O. Box 629, Raleigh, NC 27602
Phone: (919)716-6576
scalloway@ncdoj.gov
www.ncdoj.gov

Please note messages to or from this address may be public records.