EXHIBIT 7 - 2/02/2023 EMAILS

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Thursday, February 2, 2023 1:05 PM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** RE: Brett Abrams v. Willis J. Fowler (Case No. 5:20-CT-03231-M)

Hi Sonya,

I hope you are doing well also, and I am sorry to hear about your recent illness. Would you be in a position to provide a written response to my letter by February 23, 2023 detailing which issues you agree to provide supplemental responses/productions for and which issues that you maintain an objection to? At that time, I think we can determine whether further discussions will be fruitful or if we should just involve the court in resolving our disagreements.

Since you requested the previous extensions to the case management order deadlines, I am happy to file the motion to extend and represent to the court that there are significant discovery disputes in this matter and that the parties are willing to confer in good faith to see if we can reach a resolution. I think a 45-day extension on the discovery deadline until April 3, 2023 should provide us sufficient time to get all this done, but let me know if you think otherwise.

Thanks,
Daixi

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Thursday, February 2, 2023 10:52 AM
**To:** Daixi Xu <DAIXIX@ncpls.org>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** RE: Brett Abrams v. Willis J. Fowler (Case No. 5:20-CT-03231-M)

Hey Daixi,

Hoping you are well. I don't believe we will be able to address your objections by Feb. 9th. As you know, I was out of work due to an illness and did not return until January 17th (the same day as the deadline for our responses), and so I am playing catch up. I also have conflicts with deadlines/hearings in the NC Court of Appeals.

In addition, I believe it may be necessary for the court to address our position. I am certainly willing to sit down and discuss it with you, but will not have time to do so in the coming two weeks. I understand that the court gave language in its last 2 orders about "good cause" for further extensions, but to at least give us time to discuss what if any agreements we can reach, I also believe an extension will be necessary and that I have "good cause."

I will be otherwise unavailable until February 23th, at the earliest. In the meantime, if you have a position on an extension, please let me know your thoughts. Thank you for your patience.

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Thursday, February 2, 2023 10:08 AM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>

**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>
**Subject:** Brett Abrams v. Willis J. Fowler (Case No. 5:20-CT-03231-M)

Hi Sonya,

Please see the attached correspondence regarding deficiencies in the discovery responses provided by defendant.

I look forward to hearing from you and resolving these issues.

Daixi


**Daixi Xu** (She/Her)
*Staff Attorney*
NORTH CAROLINA PRISONER LEGAL SERVICES
P.O. Box 25397
Raleigh, NC 27611
dxu@ncpls.org
(919) 856-2229