EXHIBIT 9 - 02/08/2023 EMAILS

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Wednesday, February 8, 2023 10:19 AM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** Re: Brett Abrams v. Willis J. Fowler (Case No. 5:20-CT-03231-M)

Hi Sonya,

Thanks for getting back to me. I am happy to file the motion to extend. To give you a heads up, I plan on attaching my letter to you regarding the discovery issues to the motion. I do not do this with the intent of prematurely involving the court in our discovery disputes but to inform the court that there are significant issues with discovery that we need time to work out. Given that this the third time we are asking for an extension and the court has twice said that we should not expect more extensions, my hope is that explaining the scope of our discovery disputes will be sufficient cause to extend. Additionally, I plan on requesting a 45-day extension until April 3, 2023 and representing to the court that I expect a substantive response to my letter by February 23rd.

Thanks,
Daixi

---

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Wednesday, February 8, 2023 6:53 AM
**To:** Daixi Xu <DAIXIX@ncpls.org>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** RE: Brett Abrams v. Willis J. Fowler (Case No. 5:20-CT-03231-M)

Good morning,

I apologize for the delay in getting back to you.  I have an oral argument in the Court of Appeals on the 22nd, but I will make Abrams my priority on the 23rd.  If that works for you, I would be ecstatic if you would not mind filing a motion to extend.  Just let me know, and thank you!