EXHIBIT 10 - 2/23 AND 2/24/2022 EMAILS

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Friday, February 24, 2023 9:13 AM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Cc:** Trachtman, James <jtrachtman@ncdoj.gov>; Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>
**Subject:** RE: Discovery issues regarding Abrams v. Fowler

Hi Sonya,

Thanks for responding to my letter. Are you able to tell me when you plan to meet with your client and when I can expect to receive further information about which discovery responses that you intend to supplement?

Based on our disagreements, it looks like I will have to file a motion to compel, so it will be helpful to know when and on which issues I will have to move on.

Thanks,
Daixi

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Thursday, February 23, 2023 4:30 PM
**To:** Daixi Xu <DAIXIX@ncpls.org>
**Cc:** Trachtman, James <jtrachtman@ncdoj.gov>; Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>
**Subject:** Discovery issues regarding Abrams v. Fowler

Hi Daixi,

In response to your February 2, 2023 letter and our subsequent agreement, I have attached a letter regarding the same. Hoping you are well.



**Sonya Calloway-Durham**
Special Deputy Attorney General
N. C. Department of Justice
P. O. Box 629, Raleigh, NC 27602
Phone: (919)716-6576
scalloway@ncdoj.gov
www.ncdoj.gov

Please note messages to or from this address may be public records.