EXHIBIT 12 - 3/08 AND 3/09/2023 EMAILS

**From:** Calloway-Durham, Sonya
**Sent:** Thursday, March 9, 2023 10:41 AM
**To:** Daixi Xu <DAIXIX@ncpls.org>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@NCDOJ.GOV>
**Subject:** RE: Abrams

Hi,

I have attached a letter detailing feedback from my meeting with my client. Thanks again.

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Wednesday, March 8, 2023 4:56 PM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** RE: Abrams

Thanks for the update. Have a nice evening.

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Wednesday, March 8, 2023 4:56 PM
**To:** Daixi Xu <DAIXIX@ncpls.org>
**Cc:** Carcioppolo, Lauren <LCarcioppolo@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** Abrams

Hi,

Thanks so much for your patience. I finally had a chance to sit down with my client. I'm about to head out, but wanted to give you the heads up that I will send you a detailed response tomorrow. Thanks again.



**Sonya Calloway-Durham**
Special Deputy Attorney General
N. C. Department of Justice
P. O. Box 629, Raleigh, NC 27602
Phone: (919)716-6576
scalloway@ncdoj.gov
www.ncdoj.gov

Please note messages to or from this address may be public records.