EXHIBIT 18 - 09/09/2022 EMAILS

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Friday, September 9, 2022 9:14 AM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Subject:** RE: Brett Abrams v. Willis Fowler (EDNC Case No. 5:20-ct-03231-M)

Hi Sonya,

Nice to meet you as well. I'll be sure to copy Lauren in the future—looking forward to working with you!

Daixi

**From:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Sent:** Friday, September 9, 2022 9:12 AM
**To:** Daixi Xu <DAIXIX@ncpls.org>
**Subject:** Re: Brett Abrams v. Willis Fowler (EDNC Case No. 5:20-ct-03231-M)

Hey!

Nice to meet you.  Received. Please cc Lauren with future requests. Thanks.

---

**From:** Daixi Xu <DAIXIX@ncpls.org>
**Sent:** Friday, September 9, 2022 8:18 AM
**To:** Calloway-Durham, Sonya <SCALLOWAY@ncdoj.gov>
**Subject:** Brett Abrams v. Willis Fowler (EDNC Case No. 5:20-ct-03231-M)

Counsel,

Please see attached Plaintiff's first set of discovery requests.

Thanks,
Daixi


**Daixi Xu** (She/Her)
*Staff Attorney*
NORTH CAROLINA PRISONER LEGAL SERVICES
P.O. Box 25397
Raleigh, NC 27611
dxu@ncpls.org
(919) 856-2229