IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-ct-03231-M

| | |
|---|---|
| **BRETT ABRAMS,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**WILLIS FOWLER,**<br><br>　　　　　　**Defendants.** | **NCPLS RESPONSE**<br>**TO APPOINTMENT ORDER** |

　　In response to the court's order and pursuant to Standing Order 21-SO-11, I have conducted discovery on Plaintiff's behalf and will be transferring the discovery materials to Plaintiff's new counsel, who will be appearing in this action forthwith.

　　North Carolina Prisoner Legal Services, Inc. will not provide further representation to Plaintiff in this action.

　　Respectfully submitted on August 11, 2023.

　　　　　　　　　　　　　　　　　　/s/ *Daixi Xu*
　　　　　　　　　　　　　　　　　　Daixi Xu
　　　　　　　　　　　　　　　　　　N.C. Bar No. 58845
　　　　　　　　　　　　　　　　　　N.C. Prisoner Legal Services, Inc.
　　　　　　　　　　　　　　　　　　Post Office Box 25397
　　　　　　　　　　　　　　　　　　Raleigh, North Carolina 27611
　　　　　　　　　　　　　　　　　　(919) 856-2200
　　　　　　　　　　　　　　　　　　(919) 856-2223 (Fax)
　　　　　　　　　　　　　　　　　　dxu@ncpls.org

　　　　　　　　　　　　　　　　　　*Discovery Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I mailed a copy of the foregoing via USPS, postage prepaid, to the following individual:

      **Mr. Brett Abrams, OPUS#: 0000400**
      **Orange Correctional Center**
      **P.O. Box 1149**
      **Hillsborough, NC 27278**

      /s/ *Daixi Xu*
      Daixi Xu