IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CT-3231-M

BRETT ABRAMS, )
)
         Plaintiff, )
) ORDER
v. )
)
WILLIS FOWLER, )
)
         Defendant. )

This matter is before the court on the parties' consent motion to extend case management deadlines (D.E. 39). For good cause shown, the court GRANTS the motion. The deadline to file dispositive motions is extended to **December 4, 2023**.

SO ORDERED, this the 7th day of September, 2023.

Richard E Myers II
RICHARD E. MYERS, II
Chief United States District Judge