IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:20-ct-03231-M

| | |
|---|---|
| BRETT ABRAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARREN JACKSON,<br><br>　　　　　Defendant. | STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brett Abrams, by and through counsel, and Defendant Darren Jackson, Chairman, North Carolina Post-Release Supervision & Parole Commission, by and through counsel, stipulate to Plaintiff's voluntary dismissal with prejudice of the above-captioned matter upon such terms as have been agreed to by the parties.

**SO STIPULATED:**
/s/ Alex R. Williams
Section Head, Public Safety Section
North Carolina Department of Justice
*Counsel for Defendant*

Dated: September 15, 2025

By:    /s/ Jacob H. Sussman

SOUTHERN COALITION FOR SOCIAL JUSTICE
N.C. Bar No. 31821
PO Box 51280
Durham, NC 27717
Tel: 704-277-3962
jsussman@scsj.org

*Counsel for Plaintiff Brett Abrams*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing stipulation with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Alex Williams
awilliams@ncdoj.gov

Dated: September 15, 2025

By: /s/ Jacob H. Sussman

SOUTHERN COALITION FOR SOCIAL JUSTICE
N.C. Bar No. 31821
PO Box 51280
Durham, NC 27717
Tel: 704-277-3962
jsussman@scsj.org

*Counsel for Plaintiff Brett Abrams*